# EXHIBIT C

# QVC

**PURCHASE ORDER            REVISION**

QVC, INC.
1200 WILSON DRIVE
WEST CHESTER, PA 19380
(484) 701-1000

THIS ORDER AMENDS AND SUPERSEDES ALL PRIOR ORDERS BEARING THE SAME ORDER NUMBER.

| IMPORTANT | ORDER NUMBER | REV NBR |
|---|---|---|
| THE ORDER NUMBER MUST APPEAR ON ALL CORRESPONDENCE, INVOICES, PACKING SLIPS, SHIPPING PAPERS AND CONTAINERS | 902087 | 02 |

| DATE | PAY TERMS INITIAL(A:) SUBSEQUENT(B:) | FREIGHT TERMS | | F.O.B. | DO NOT DELIVER BEFORE |
|---|---|---|---|---|---|
| 03/29/17 | A: NET 045 ROG  B: NET 120 ROG | PREPAID | THIS ORDER IS SUBJECT TO GENERAL CONDITIONS ON REVERSE SIDE. | ROCKY MOUNT, NC 27801   USA | 05/10/17** |

| | | | | VENDOR IS RESPONSIBLE TO LOGON TO WWW.QVCPRODUCTSEARCH.COM FOR CURRENT GUIDELINES AND RECENT CHANGES | DO NOT DELIVER AFTER 05/17/17** |
|---|---|---|---|---|---|
| | | | | | LC EXPIRATION DATE |

VENDOR:
SLC SWEET, INC.
23961 CRAFTSMAN ROAD
SUITE 1
CALABASAS, CA 91302

SHIP TO:
QVC, INC
100 QVC BOULEVARD
KINGSBORO ROAD
ROCKY MOUNT, NC 27801

Sale or Return: 100%    Payment Reserve: 100%    Reorder: NO    Product Type: **NEW**

| ITEM# | SKU# | QUANTITY ORDERED | DESCRIPTION | UNIT COST (U.S. $) | EXTENDED AMOUNT (U.S. $) |
|---|---|---|---|---|---|
| | | | **THIS ORDER IS CONDITIONALLY ISSUED, PENDING QVC APPROVAL OF FIRST-PIECE QA SAMPLE. ABSENT SUCH APPROVAL, VENDOR IS SOLELY RESPONSIBLE FOR ANY ACTION TAKEN OR NOT TAKEN BY VENDOR IN RELIANCE ON THIS ORDER.** | | |
| A297557000000 | SSH-MLTI | 20,010 | RestoreLife Formulas Multivitamin Renew | 8.50 | 170,085.00 |
| **TOTALS** | | 20,010 | | | $170,085.00 |

SPECIAL INSTRUCTIONS    Quantity Ordered Does Not Reflect Quantity Shipped By Vendor As Of Revision Date

For Help With:
Accessing the QVC vendor web site: vendor_relations@qvc.com   484-701-8330
Routing, Labeling, Bar Coding   : supplychain@qvc.com   484-701-6606
Quality Assurance   : qvcqa@qvc.com   484-701-1373
PO CONDITIONAL BASED ON APPROVAL OF QA, CLAIMS, CONTRACT, AND VENDOR AGREEMENT

Created by: VICKI ADAMS-TRONCALE           Authorized by: RICH YOEGEL HOUSE/KIT/GARDEN           VENDOR COPY    PAGE    1

# QVC

**PURCHASE ORDER — REVISION**

QVC, INC.
1200 WILSON DRIVE
WEST CHESTER, PA 19380
(484) 701-1000

THIS ORDER AMENDS AND SUPERSEDES ALL PRIOR ORDERS BEARING THE SAME ORDER NUMBER.

**IMPORTANT:** THE ORDER NUMBER MUST APPEAR ON ALL CORRESPONDENCE, INVOICES, PACKING SLIPS, SHIPPING PAPERS AND CONTAINERS

ORDER NUMBER: 902089
REV NBR: 01

| DATE | PAY TERMS | FREIGHT TERMS | | F.O.B. | DO NOT DELIVER BEFORE |
|---|---|---|---|---|---|
| 03/21/17 | INITIAL(A:) A: NET 045 ROG  SUBSEQUENT(B:) B: NET 120 ROG | PREPAID | THIS ORDER IS SUBJECT TO GENERAL CONDITIONS ON REVERSE SIDE. | ROCKY MOUNT, NC 27801 USA | 05/10/17** |

VENDOR IS RESPONSIBLE TO LOGON TO WWW.QVCPRODUCTSEARCH.COM FOR CURRENT GUIDELINES AND RECENT CHANGES

DO NOT DELIVER AFTER: 05/17/17**

LC EXPIRATION DATE:

**VENDOR:**
SLC SWEET, INC.
23981 CRAFTSMAN ROAD
SUITE 1
CALABASAS, CA 91302

**SHIP TO:**
QVC, INC
100 QVC BOULEVARD
KINGSBORO ROAD
ROCKY MOUNT, NC 27801

Sale or Return: 100%   Payment Reserve: 100%   Reorder: NO   Product Type: NEW

| ITEM# | SKU# | QUANTITY ORDERED | DESCRIPTION | UNIT COST (U.S. $) | EXTENDED AMOUNT (U.S. $) |
|---|---|---|---|---|---|
| | | | **THIS ORDER IS CONDITIONALLY ISSUED, PENDING QVC APPROVAL OF FIRST-PIECE QA SAMPLE. ABSENT SUCH APPROVAL, VENDOR IS SOLELY RESPONSIBLE FOR ANY ACTION TAKEN OR NOT TAKEN BY VENDOR IN RELIANCE ON THIS ORDER.** | | |
| A297556000000 | Milk Thistle Renew | 4,005 | RestoreLife Formulas Milk Thistle Renew | 10.35 | 41,451.75 |
| **TOTALS** | | 4,005 | | | $41,451.75 |

SPECIAL INSTRUCTIONS: Quantity Ordered Does Not Reflect Quantity Shipped By Vendor As Of Revision Date

For Help With:
Accessing the QVC vendor web site: vendor_relations@qvc.com  484-701-8330.
Routing, Labeling, Bar Coding : supplychain@qvc.com  484-701-6606.
Quality Assurance : qvcqa@qvc.com  484-701-1373.
PO CONDITIONAL BASED ON APPROVAL OF QA, CLAIMS, CONTRACT, AND VENDOR AGREEMENT

Created by: VICKI ADAMS-TRONCALE        Authorized by: VICKI ADAMS-TRONCALE        VENDOR COPY        PAGE 1

# QVC

## PURCHASE ORDER REVISION

QVC, INC.
1200 WILSON DRIVE
WEST CHESTER, PA 19380
(484) 701-1000

THIS ORDER AMENDS AND SUPERSEDES ALL PRIOR ORDERS BEARING THE SAME ORDER NUMBER.

**IMPORTANT**
THE ORDER NUMBER MUST APPEAR ON ALL CORRESPONDENCE, INVOICES, PACKING SLIPS, SHIPPING PAPERS AND CONTAINERS

ORDER NUMBER: 902093   REV NBR: 01

| DATE | PAY TERMS INITIAL(A:) SUBSEQUENT(B:) | FREIGHT TERMS | | F.O.B. | DO NOT DELIVER BEFORE |
|---|---|---|---|---|---|
| 03/21/17 | A: NET 045 ROG  B: NET 120 ROG | PREPAID | THIS ORDER IS SUBJECT TO GENERAL CONDITIONS ON REVERSE SIDE. | ROCKY MOUNT, NC 27801   USA | 05/10/17** |

VENDOR:
SLC SWEET, INC.
23961 CRAFTSMAN ROAD
SUITE 1
CALABASAS, CA 91302

SHIP TO:
QVC, INC
100 QVC BOULEVARD
KINGSBORO ROAD
ROCKY MOUNT, NC 27801

VENDOR IS RESPONSIBLE TO LOGON TO WWW.QVCPRODUCTSEARCH.COM FOR CURRENT GUIDELINES AND RECENT CHANGES

DO NOT DELIVER AFTER: 05/17/17**

LC EXPIRATION DATE:

Sale or Return: 100%   Payment Reserve: 100%   Reorder: NO   Product Type: NEW

| ITEM# | SKU# | QUANTITY ORDERED | DESCRIPTION | UNIT COST (U.S. $) | EXTENDED AMOUNT (U.S. $) |
|---|---|---|---|---|---|
| | | | **THIS ORDER IS CONDITIONALLY ISSUED, PENDING QVC APPROVAL OF FIRST-PIECE QA SAMPLE. ABSENT SUCH APPROVAL, VENDOR IS SOLELY RESPONSIBLE FOR ANY ACTION TAKEN OR NOT TAKEN BY VENDOR IN RELIANCE ON THIS ORDER.** | | |
| A297555000000 | Ubiquinol Renew | 4,005 | RestoreLife Formulas Ubiquinol Renew 30 Day Supply | 10.75 | 43,053.75 |
| **TOTALS** | | 4,005 | | | $43,053.75 |

SPECIAL INSTRUCTIONS: Quantity Ordered Does Not Reflect Quantity Shipped By Vendor As Of Revision Date

For Help With:
Accessing the QVC vendor web site: vendor_relations@qvc.com   484-701-8330.
Routing, Labeling, Bar Coding   : supplychain@qvc.com   484-701-6606.
Quality Assurance   : qvcqa@qvc.com   484-701-1373.
PO CONDITIONAL BASED ON APPROVAL OF QA, CLAIMS, CONTRACT, AND VENDOR AGREEMENT



Created by: VICKI ADAMS-TRONCALE         Authorized by: VICKI ADAMS-TRONCALE   VENDOR COPY   PAGE   1

# QVC

## PURCHASE ORDER    REVISION

QVC, INC.
1200 WILSON DRIVE
WEST CHESTER, PA 19380
(484) 701-1000

THIS ORDER AMENDS AND SUPERSEDES ALL PRIOR ORDERS BEARING THE SAME ORDER NUMBER.

**IMPORTANT**
THE ORDER NUMBER MUST APPEAR ON ALL CORRESPONDENCE, INVOICES, PACKING SLIPS, SHIPPING PAPERS AND CONTAINERS

ORDER NUMBER: **902095**   REV NBR: **01**

| DATE | PAY TERMS INITIAL(A:) SUBSEQUENT(B:) | FREIGHT TERMS | | F.O.B. | DO NOT DELIVER BEFORE |
|---|---|---|---|---|---|
| 03/23/17 | A: NET 045 ROG  B: NET 120 ROG | PREPAID | THIS ORDER IS SUBJECT TO GENERAL CONDITIONS ON REVERSE SIDE. | ROCKY MOUNT, NC 27801   USA | 05/10/17** |

VENDOR:
SLC SWEET, INC.
23961 CRAFTSMAN ROAD
SUITE 1
CALABASAS, CA 91302

SHIP TO:
QVC, INC
100 QVC BOULEVARD
KINGSBORO ROAD
ROCKY MOUNT, NC 27801

VENDOR IS RESPONSIBLE TO LOGON TO WWW.QVCPRODUCTSEARCH.COM FOR CURRENT GUIDELINES AND RECENT CHANGES

DO NOT DELIVER AFTER: 05/17/17**

LC EXPIRATION DATE

Sale or Return: 100%   Payment Reserve: 100%   Reorder: NO   Product Type: NEW

| ITEM# | SKU# | QUANTITY ORDERED | DESCRIPTION | UNIT COST (U.S. $) | EXTENDED AMOUNT (U.S. $) |
|---|---|---|---|---|---|
| | | | **THIS ORDER IS CONDITIONALLY ISSUED, PENDING QVC APPROVAL OF FIRST-PIECE QA SAMPLE. ABSENT SUCH APPROVAL, VENDOR IS SOLELY RESPONSIBLE FOR ANY ACTION TAKEN OR NOT TAKEN BY VENDOR IN RELIANCE ON THIS ORDER.** | | |
| A297554000000 | Digestive Probiotic | 4,168 | RestoreLife Formulas Digestive Probiotic | 22.77 | 94,905.36 |
| **TOTALS** | | 4,168 | | | $94,905.36 |

SPECIAL INSTRUCTIONS   Quantity Ordered Does Not Reflect Quantity Shipped By Vendor As Of Revision Date

For Help With:
Accessing the QVC vendor web site: vendor_relations@qvc.com  484-701-8330.
Routing, Labeling, Bar Coding : supplychain@qvc.com  484-701-6606.
Quality Assurance : qvcqa@qvc.com  484-701-1373.
PO CONDITIONAL BASED ON APPROVAL OF QA, CLAIMS, CONTRACT, AND VENDOR AGREEMENT

48

Created by: VICKI ADAMS-TRONCALE          Authorized by: JONAS MARUSA          VENDOR COPY          PAGE   1

# PURCHASE ORDER — REVISION

**QVC**

QVC, INC.
1200 WILSON DRIVE
WEST CHESTER, PA 19380
(484) 701-1000

THIS ORDER AMENDS AND SUPERSEDES ALL PRIOR ORDERS BEARING THE SAME ORDER NUMBER.

| IMPORTANT | ORDER NUMBER | REV NBR |
|---|---|---|
| THE ORDER NUMBER MUST APPEAR ON ALL CORRESPONDENCE, INVOICES, PACKING SLIPS, SHIPPING PAPERS AND CONTAINERS | 902097 | 01 |

| DATE | PAY TERMS INITIAL(A:) SUBSEQUENT(B:) | FREIGHT TERMS | | F.O.B. | DO NOT DELIVER BEFORE |
|---|---|---|---|---|---|
| 03/23/17 | A: NET 045 ROG  B: NET 120 ROG | PREPAID | THIS ORDER IS SUBJECT TO GENERAL CONDITIONS ON REVERSE SIDE. | ROCKY MOUNT, NC 27801 USA | 05/10/17** |

**VENDOR:**
SLC SWEET, INC.
23981 CRAFTSMAN ROAD
SUITE 1
CALABASAS, CA 91302

**SHIP TO:**
QVC, INC
100 QVC BOULEVARD
KINGSBORO ROAD
ROCKY MOUNT, NC 27801

VENDOR IS RESPONSIBLE TO LOGON TO WWW.QVCPRODUCTSEARCH.COM FOR CURRENT GUIDELINES AND RECENT CHANGES

DO NOT DELIVER AFTER: 05/17/17**

LC EXPIRATION DATE:

Sale or Return: 100%   Payment Reserve: 100%   Reorder: NO   Product Type: NEW

| ITEM# | SKU# | QUANTITY ORDERED | DESCRIPTION | UNIT COST (U.S. $) | EXTENDED AMOUNT (U.S. $) |
|---|---|---|---|---|---|
| | | | **THIS ORDER IS CONDITIONALLY ISSUED, PENDING QVC APPROVAL OF FIRST-PIECE QA SAMPLE. ABSENT SUCH APPROVAL, VENDOR IS SOLELY RESPONSIBLE FOR ANY ACTION TAKEN OR NOT TAKEN BY VENDOR IN RELIANCE ON THIS ORDER.** | | |
| A297553000000 | Bone Renew Vitamin K | 8,760 | RestoreLife Formulas Bone Renew Vitamin K | 19.01 | 166,527.60 |
| **TOTALS** | | 8,760 | | | $166,527.60 |

SPECIAL INSTRUCTIONS: Quantity Ordered Does Not Reflect Quantity Shipped By Vendor As Of Revision Date

For Help With:
Accessing the QVC vendor web site: vendor_relations@qvc.com  484-701-8330.
Routing, Labeling, Bar Coding    : supplychain@qvc.com      484-701-6606.
Quality Assurance                : qvcqa@qvc.com            484-701-1373.
PO CONDITIONAL BASED ON APPROVAL OF QA, CLAIMS, CONTRACT, AND VENDOR AGREEMENT

Created by: VICKI ADAMS-TRONCALE          Authorized by: RICH YOEGEL  HOUSE/KIT/GARDEN          VENDOR COPY          PAGE 1

# QVC

**PURCHASE ORDER**     **REVISION**

QVC, INC.
1200 WILSON DRIVE
WEST CHESTER, PA 19380
(484) 701-1000

THIS ORDER AMENDS AND SUPERSEDES ALL PRIOR ORDERS BEARING THE SAME ORDER NUMBER.

| IMPORTANT | ORDER NUMBER | REV NBR |
|---|---|---|
| THE ORDER NUMBER MUST APPEAR ON ALL CORRESPONDENCE, INVOICES, PACKING SLIPS, SHIPPING PAPERS AND CONTAINERS | 902098 | 01 |

| DATE | PAY TERMS  INITIAL(A:) SUBSEQUENT(B:) | FREIGHT TERMS | | F.O.B. | DO NOT DELIVER BEFORE |
|---|---|---|---|---|---|
| 03/23/17 | A: NET 045 ROG  B: NET 120 ROG | PREPAID | THIS ORDER IS SUBJECT TO GENERAL CONDITIONS ON REVERSE SIDE. | ROCKY MOUNT, NC  27801   USA | 05/10/17** |

**VENDOR:**
SLC SWEET, INC.
23961 CRAFTSMAN ROAD
SUITE 1
CALABASAS, CA 91302

**SHIP TO:**
QVC, INC
100 QVC BOULEVARD
KINGSBORO ROAD
ROCKY MOUNT, NC 27801

VENDOR IS RESPONSIBLE TO LOGON TO WWW.QVCPRODUCTSEARCH.COM FOR CURRENT GUIDELINES AND RECENT CHANGES

DO NOT DELIVER AFTER
05/17/17**

LC EXPIRATION DATE

Sale or Return: 100%   Payment Reserve: 100%   Reorder: NO   Product Type: NEW

| ITEM# | SKU# | QUANTITY ORDERED | DESCRIPTION | UNIT COST (U.S. $) | EXTENDED AMOUNT (U.S. $) |
|---|---|---|---|---|---|
| | | | **THIS ORDER IS CONDITIONALLY ISSUED, PENDING QVC APPROVAL OF FIRST-PIECE QA SAMPLE. ABSENT SUCH APPROVAL, VENDOR IS SOLELY RESPONSIBLE FOR ANY ACTION TAKEN OR NOT TAKEN BY VENDOR IN RELIANCE ON THIS ORDER.** | | |
| A297551000000 | Sleep Renew | 8,004 | RestoreLife Formulas Calm Renew Sleep Renew | 20.11 | 160,960.44 |
| **TOTALS** | | 8,004 | | | $160,960.44 |

**SPECIAL INSTRUCTIONS** Quantity Ordered Does Not Reflect Quantity Shipped By Vendor As Of Revision Date

For Help With:
Accessing the QVC vendor web site: vendor_relations@qvc.com  484-701-8330.
Routing, Labeling, Bar Coding     : supplychain@qvc.com     484-701-6606.
Quality Assurance                 : qvcqa@qvc.com          484-701-1373.
PO CONDITIONAL BASED ON APPROVAL OF QA, CLAIMS, CONTRACT, AND VENDOR AGREEMENT

Created by: VICKI ADAMS-TRONCALE     Authorized by: RICH YOEGEL HOUSE/KIT/GARDEN     VENDOR COPY     PAGE 1

# QVC

## PURCHASE ORDER           REVISION

QVC, INC.
1200 WILSON DRIVE
WEST CHESTER, PA 19380
(484) 701-1000

THIS ORDER AMENDS AND SUPERSEDES ALL PRIOR ORDERS BEARING THE SAME ORDER NUMBER.

**IMPORTANT**
THE ORDER NUMBER MUST APPEAR ON ALL CORRESPONDENCE, INVOICES, PACKING SLIPS, SHIPPING PAPERS AND CONTAINERS

**ORDER NUMBER:** 902100
**REV NBR:** 01

**DATE:** 03/23/17
**PAY TERMS** INITIAL(A:) SUBSEQUENT(B:)
A: NET 045 ROG
B: NET 120 ROG

**FREIGHT TERMS:** PREPAID
THIS ORDER IS SUBJECT TO GENERAL CONDITIONS ON REVERSE SIDE.

**F.O.B.** ROCKY MOUNT, NC 27801 USA

**DO NOT DELIVER BEFORE:** 05/10/17**

**VENDOR:**
SLC SWEET, INC.
23961 CRAFTSMAN ROAD
SUITE 1
CALABASAS, CA 91302

**SHIP TO:**
QVC, INC
100 QVC BOULEVARD
KINGSBORO ROAD
ROCKY MOUNT, NC 27801

VENDOR IS RESPONSIBLE TO LOGON TO WWW.QVCPRODUCTSEARCH.COM FOR CURRENT GUIDELINES AND RECENT CHANGES

**DO NOT DELIVER AFTER:** 05/17/17**

**LC EXPIRATION DATE**

Sale or Return: 100%   Payment Reserve: 100%   Reorder: NO   Product Type: NEW

| ITEM# | SKU# | QUANTITY ORDERED | DESCRIPTION | UNIT COST (U.S. $) | EXTENDED AMOUNT (U.S. $) |
|---|---|---|---|---|---|
|  |  |  | **THIS ORDER IS CONDITIONALLY ISSUED, PENDING QVC APPROVAL OF FIRST-PIECE QA SAMPLE. ABSENT SUCH APPROVAL, VENDOR IS SOLELY RESPONSIBLE FOR ANY ACTION TAKEN OR NOT TAKEN BY VENDOR IN RELIANCE ON THIS ORDER.** |  |  |
| A297549000000 | Forumlas Essentials | 10,005 | RestoreLife Formulas Essentials Kit | 20.47 | 204,802.35 |
| **TOTALS** |  | 10,005 |  |  | $204,802.35 |

**SPECIAL INSTRUCTIONS:** Quantity Ordered Does Not Reflect Quantity Shipped By Vendor As Of Revision Date

For Help With:
Accessing the QVC vendor web site: vendor_relations@qvc.com   484-701-8330
Routing, Labeling, Bar Coding   : supplychain@qvc.com   484-701-6606
Quality Assurance   : qvcqa@qvc.com   484-701-1373
PO CONDITIONAL BASED ON APPROVAL OF QA, CLAIMS, CONTRACT, AND VENDOR AGREEMENT

Created by: VICKI ADAMS-TRONCALE          Authorized by: RICH YOEGEL HOUSE/KIT/GARDEN    VENDOR COPY    PAGE   1

# QVC

## PURCHASE ORDER — REVISION

QVC, INC.
1200 WILSON DRIVE
WEST CHESTER, PA 19380
(484) 701-1000

THIS ORDER AMENDS AND SUPERSEDES ALL PRIOR ORDERS BEARING THE SAME ORDER NUMBER.

**IMPORTANT:** THE ORDER NUMBER MUST APPEAR ON ALL CORRESPONDENCE, INVOICES, PACKING SLIPS, SHIPPING PAPERS AND CONTAINERS

**ORDER NUMBER:** 902104  **REV NBR:** 01

**DATE:** 03/23/17
**PAY TERMS** INITIAL(A:) SUBSEQUENT(B:)
A: NET 045 ROG
B: NET 120 ROG
**FREIGHT TERMS:** PREPAID
THIS ORDER IS SUBJECT TO GENERAL CONDITIONS ON REVERSE SIDE.
**F.O.B.:** ROCKY MOUNT, NC 27801 USA
**DO NOT DELIVER BEFORE:** 05/10/17**
**DO NOT DELIVER AFTER:** 05/17/17**

**VENDOR:**
SLC SWEET, INC.
23961 CRAFTSMAN ROAD
SUITE 1
CALABASAS, CA 91302

**SHIP TO:**
QVC, INC
100 QVC BOULEVARD
KINGSBORO ROAD
ROCKY MOUNT, NC 27801

VENDOR IS RESPONSIBLE TO LOGON TO WWW.QVCPRODUCTSEARCH.COM FOR CURRENT GUIDELINES AND RECENT CHANGES

LC EXPIRATION DATE

Sale or Return: 100%   Payment Reserve: 100%   Reorder: NO   Product Type: NEW

| ITEM# | SKU# | QUANTITY ORDERED | DESCRIPTION | UNIT COST (U.S. $) | EXTENDED AMOUNT (U.S. $) |
|---|---|---|---|---|---|
| | | | **THIS ORDER IS CONDITIONALLY ISSUED, PENDING QVC APPROVAL OF FIRST-PIECE QA SAMPLE. ABSENT SUCH APPROVAL, VENDOR IS SOLELY RESPONSIBLE FOR ANY ACTION TAKEN OR NOT TAKEN BY VENDOR IN RELIANCE ON THIS ORDER.** | | |
| A297544000000 | Curcumin Renew | 12,010 | RestoreLife Formulas Curcumin Renew_30 Day Supply | 11.25 | 135,112.50 |
| **TOTALS** | | 12,010 | | | $135,112.50 |

**SPECIAL INSTRUCTIONS:** Quantity Ordered Does Not Reflect Quantity Shipped By Vendor As Of Revision Date

For Help With:
Accessing the QVC vendor web site: vendor_relations@qvc.com   484-701-8330.
Routing, Labeling, Bar Coding    : supplychain@qvc.com   484-701-6606.
Quality Assurance               : qvcqa@qvc.com   484-701-1373.
PO CONDITIONAL BASED ON APPROVAL OF QA, CLAIMS, CONTRACT, AND VENDOR AGREEMENT

Created by: VICKI ADAMS-TRONCALE          Authorized by: JONAS MARUSA          VENDOR COPY          PAGE  1

# QVC

## PURCHASE ORDER — REVISION

QVC, INC.
1200 WILSON DRIVE
WEST CHESTER, PA 19380
(484) 701-1000

THIS ORDER AMENDS AND SUPERSEDES ALL PRIOR ORDERS BEARING THE SAME ORDER NUMBER.

**IMPORTANT:** THE ORDER NUMBER MUST APPEAR ON ALL CORRESPONDENCE, INVOICES, PACKING SLIPS, SHIPPING PAPERS AND CONTAINERS

**ORDER NUMBER:** 902105  **REV NBR:** 01

| DATE | PAY TERMS INITIAL(A:) SUBSEQUENT(B:) | FREIGHT TERMS | | F.O.B. | DO NOT DELIVER BEFORE |
|---|---|---|---|---|---|
| 03/23/17 | A: NET 045 ROG  B: NET 120 ROG | PREPAID | THIS ORDER IS SUBJECT TO GENERAL CONDITIONS ON REVERSE SIDE. | ROCKY MOUNT, NC 27801  USA | 05/10/17** |

**VENDOR:**
SLC SWEET, INC.
23961 CRAFTSMAN ROAD
SUITE 1
CALABASAS, CA 91302

**SHIP TO:**
QVC, INC
100 QVC BOULEVARD
KINGSBORO ROAD
ROCKY MOUNT, NC 27801

VENDOR IS RESPONSIBLE TO LOGON TO WWW.QVCPRODUCTSEARCH.COM FOR CURRENT GUIDELINES AND RECENT CHANGES

**DO NOT DELIVER AFTER:** 05/17/17**

**LC EXPIRATION DATE:**

Sale or Return: 100%   Payment Reserve: 100%   Reorder: NO   Product Type: NEW

| ITEM# | SKU# | QUANTITY ORDERED | DESCRIPTION | UNIT COST (U.S. $) | EXTENDED AMOUNT (U.S. $) |
|---|---|---|---|---|---|
| | | | **THIS ORDER IS CONDITIONALLY ISSUED, PENDING QVC APPROVAL OF FIRST-PIECE QA SAMPLE. ABSENT SUCH APPROVAL, VENDOR IS SOLELY RESPONSIBLE FOR ANY ACTION TAKEN OR NOT TAKEN BY VENDOR IN RELIANCE ON THIS ORDER.** | | |
| A297542000000 | SSW-RFLR-C | 12,727 | RestoreLife Formulas Sexy Leg Renew 30 Day Supply | 12.12 | 154,251.24 |
| **TOTALS** | | 12,727 | | | $154,251.24 |

**SPECIAL INSTRUCTIONS:** Quantity Ordered Does Not Reflect Quantity Shipped By Vendor As Of Revision Date

For Help With:
Accessing the QVC vendor web site: vendor_relations@qvc.com   484-701-8330.
Routing, Labeling, Bar Coding   : supplychain@qvc.com   484-701-6606.
Quality Assurance   : qvcqa@qvc.com   484-701-1373.
PO CONDITIONAL BASED ON APPROVAL OF QA, CLAIMS, CONTRACT, AND VENDOR AGREEMENT

Created by: VICKI ADAMS-TRONCALE   Authorized by: RICH YOEGEL HOUSE/KIT/GARDEN   VENDOR COPY   PAGE 1

48

# QVC

**PURCHASE ORDER**     **REVISION**

QVC, INC.
1200 WILSON DRIVE
WEST CHESTER, PA 19380
(484) 701-1000

THIS ORDER AMENDS AND SUPERSEDES ALL PRIOR ORDERS BEARING THE SAME ORDER NUMBER.

| IMPORTANT | ORDER NUMBER | REV NBR |
|---|---|---|
| THE ORDER NUMBER MUST APPEAR ON ALL CORRESPONDENCE, INVOICES, PACKING SLIPS, SHIPPING PAPERS AND CONTAINERS | 902110 | 01 |

| DATE | PAY TERMS INITIAL(A:) SUBSEQUENT(B:) | FREIGHT TERMS | THIS ORDER IS SUBJECT TO GENERAL CONDITIONS ON REVERSE SIDE. | F.O.B. ROCKY MOUNT, NC 27801 USA | DO NOT DELIVER BEFORE 05/10/17** |
|---|---|---|---|---|---|
| 03/21/17 | A: NET 045 ROG<br>B: NET 120 ROG | PREPAID | | | |

VENDOR IS RESPONSIBLE TO LOGON TO WWW.QVCPRODUCTSEARCH.COM FOR CURRENT GUIDELINES AND RECENT CHANGES

DO NOT DELIVER AFTER 05/17/17**

LC EXPIRATION DATE

**VENDOR:**
SLC SWEET, INC.
23961 CRAFTSMAN ROAD
SUITE 1
CALABASAS, CA 91302

**SHIP TO:**
QVC, INC
100 QVC BOULEVARD
KINGSBORO ROAD
ROCKY MOUNT, NC 27801

Sale or Return: 100%  Payment Reserve: 100%  Reorder: NO  Product Type: NEW

| ITEM# | SKU# | QUANTITY ORDERED | DESCRIPTION | UNIT COST (U.S. $) | EXTENDED AMOUNT (U.S. $) |
|---|---|---|---|---|---|
| | | | **THIS ORDER IS CONDITIONALLY ISSUED, PENDING QVC APPROVAL OF FIRST-PIECE QA SAMPLE. ABSENT SUCH APPROVAL, VENDOR IS SOLELY RESPONSIBLE FOR ANY ACTION TAKEN OR NOT TAKEN BY VENDOR IN RELIANCE ON THIS ORDER.** | | |
| A297537000000 | HAIR, SKIN & NAILS | 2,002 | RestoreLife Formulas Hair, Skin & Nail Renew 30 Day Supply | 19.45 | 38,938.90 |
| **TOTALS** | | 2,002 | | | $38,938.90 |

SPECIAL INSTRUCTIONS  Quantity Ordered Does Not Reflect Quantity Shipped By Vendor As Of Revision Date

For Help With:
Accessing the QVC vendor web site: vendor_relations@qvc.com  484-701-8330.
Routing, Labeling, Bar Coding  : supplychain@qvc.com  484-701-6606.
Quality Assurance  : qvcqa@qvc.com  484-701-1373.
PO CONDITIONAL BASED ON APPROVAL OF QA, CLAIMS, CONTRACT, AND VENDOR AGREEMENT

Created by: VICKI ADAMS-TRONCALE     Authorized by: VICKI ADAMS-TRONCALE    VENDOR COPY    PAGE 1

# PURCHASE ORDER REVISION

**QVC**
QVC, INC.
1200 WILSON DRIVE
WEST CHESTER, PA 19380
(484) 701-1000

THIS ORDER AMENDS AND SUPERSEDES ALL PRIOR ORDERS BEARING THE SAME ORDER NUMBER.

| IMPORTANT | ORDER NUMBER | REV NBR |
|---|---|---|
| THE ORDER NUMBER MUST APPEAR ON ALL CORRESPONDENCE, INVOICES, PACKING SLIPS, SHIPPING PAPERS AND CONTAINERS | 902128 | 01 |

| DATE | PAY TERMS | FREIGHT TERMS | | F.O.B. | DO NOT DELIVER BEFORE |
|---|---|---|---|---|---|
| 03/23/17 | A: NET 045 ROG  B: NET 120 ROG | PREPAID | THIS ORDER IS SUBJECT TO GENERAL CONDITIONS ON REVERSE SIDE. | ROCKY MOUNT, NC 27801   USA | 05/10/17** |

**VENDOR:**
SLC SWEET, INC.
23961 CRAFTSMAN ROAD
SUITE 1
CALABASAS, CA 91302

**SHIP TO:**
QVC, INC
100 QVC BOULEVARD
KINGSBORO ROAD
ROCKY MOUNT, NC 27801

VENDOR IS RESPONSIBLE TO LOGON TO WWW.QVCPRODUCTSEARCH.COM FOR CURRENT GUIDELINES AND RECENT CHANGES

DO NOT DELIVER AFTER 05/17/17**

LC EXPIRATION DATE

Sale or Return: 100%   Payment Reserve: 100%   Reorder: NO   Product Type: NEW

| ITEM# | SKU# | QUANTITY ORDERED | DESCRIPTION | UNIT COST (U.S. $) | EXTENDED AMOUNT (U.S. $) |
|---|---|---|---|---|---|
| | | | **THIS ORDER IS CONDITIONALLY ISSUED, PENDING QVC APPROVAL OF FIRST-PIECE QA SAMPLE. ABSENT SUCH APPROVAL, VENDOR IS SOLELY RESPONSIBLE FOR ANY ACTION TAKEN OR NOT TAKEN BY VENDOR IN RELIANCE ON THIS ORDER.** | | |
| A297546 | | | SUZANNE Protein Shakes 15g Protein | | |
| A297546F07000 | SSH-SVCPS | 2,595 | Vanilla | 24.97 | 64,797.15 |
| A297546848000 | SSH-SCFPS | 6,055 | Chocolate Fudge | 24.97 | 151,193.35 |
| **TOTALS** | | 8,650 | | | $215,990.50 |

SPECIAL INSTRUCTIONS: Quantity Ordered Does Not Reflect Quantity Shipped By Vendor As Of Revision Date

For Help With:
Accessing the QVC vendor web site: vendor_relations@qvc.com  484-701-8330.
Routing, Labeling, Bar Coding : supplychain@qvc.com  484-701-6606.
Quality Assurance : qvcqa@qvc.com  484-701-1373.
PO CONDITIONAL BASED ON APPROVAL OF QA, CLAIMS, CONTRACT, AND VENDOR AGREEMENT

Created by: VICKI ADAMS-TRONCALE     Authorized by: RICH YOEGEL HOUSE/KIT/GARDEN     VENDOR COPY     PAGE 1

*Handwritten notes: 45 x 40;  18/lu pallets;  366;  5 row;  4 hy*