# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SUZANNE SOMERS and SLC SWEET, INC.** | : | CIVIL ACTION |
| *Plaintiffs,* | : | |
| v. | : | No. 19-4773 |
| **QVC, INC.** | : | |
| *Defendant.* | : | |

# ORDER

**AND NOW**, this **21st** day of **July 2020**, upon consideration of Defendant's Motion to Compel (ECF No. 28) and Plaintiffs' response thereto (ECF No. 30), it is hereby **ORDERED** and **DECREED** Defendant's Motion to Compel (ECF No. 28) is **DENIED** without prejudice.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**