# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SUZANNE SOMERS, et al.,** : | **CIVIL ACTION** |
| *Plaintiffs*, : | |
| : | |
| v. : | |
| : | |
| **QVC, INC.,** : | **NO. 19-cv-04773** |
| *Defendant*. : | |

## ORDER

**AND NOW**, this **9th** day of **June 2021**, upon consideration of Defendant QVC, Inc.'s Daubert Motion to Exclude Opinions and Testimony of Gregory Cowhey (ECF No. 62), and Plaintiffs' opposition thereto (ECF Nos. 82 and 85), it is hereby **ORDERED** that the Motion (ECF No. 62) is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**