# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SUZANNE SOMERS, et al.,** | : | **CIVIL ACTION** |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| **QVC, INC.,** | : | **NO. 19-cv-04773** |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this **9th** day of **August 2021**, upon consideration of Plaintiffs' Motion to Compel Production of Documents Improperly Withheld (ECF No. 57), Defendant's Response (ECF No. 72), Plaintiffs' Reply (ECF No. 77), Defendant's Surreply (ECF No. 80), and the documents submitted for *in camera* review by the parties, it is hereby **ORDERED** that the Motion (ECF No. 57) is **GRANTED in part and DENIED in part** pursuant to the provisions of the Court's Memorandum.

**BY THE COURT:**

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**
