IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SUZANNE SOMERS, et al.,** | : | **CIVIL ACTION** |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| **QVC, INC.,** | : | **NO. 19-cv-04773** |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this **10th** day of **September 2021**, upon consideration of Defendant's Motion for Relief Under 60B (ECF Nos. 109 and 110) and the Court's August 24, 2021 Order denying Defendant's Motion for Summary Judgment (ECF No. 105), it is **ORDERED** that the Motion for Relief Under 60B (ECF Nos. 109 and 110) is **DENIED** and the Order at ECF No. 105 is hereby **AMENDED** as follows:

Upon consideration of Defendant's Motion for Partial Summary Judgment (ECF Nos. 63 and 71), Plaintiffs' Response in Opposition (ECF No. 84), Defendant's Reply (ECF No. 90) and Plaintiffs' Surreply (ECF Nos. 93), it is hereby **ORDERED** that Defendant's Motion (ECF No. 63) is **DENIED as to Counts I, III, IV, VI, VII, and VIII of the Amended Complaint**. At the time of any **Rule 50 motion**, these counts will be revisited as to those the Plaintiffs choose not to withdraw.

A decision with an opinion as to **Counts V and IX** will be issued the week of September 20, 2021.

Any confusion caused by a Court order containing an apparent typographical error when read in the context of the entire order and its obvious implications are best addressed by reaching out directly to Chambers, rather than through the presumptive re-filing of essentially the same motion that was just ruled upon in anticipation for the lead up to trial.

**BY THE COURT:**

/s/ **Chad F. Kenney**
_____
**CHAD F. KENNEY, JUDGE**