# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SUZANNE SOMERS, et al.,** : | **CIVIL ACTION** |
| *Plaintiffs*, : | |
| : | |
| **v.** : | |
| : | |
| **QVC, INC.,** : | **NO. 19-cv-04773** |
| *Defendant.* : | |

## ORDER

**AND NOW**, this **23rd** day of **September, 2021**, upon consideration of Defendant's Motion for Partial Summary Judgment (ECF No. 63), Plaintiffs' Response in Opposition (ECF No. 84), Defendant's Reply (ECF No. 90) and Plaintiffs' Surreply (ECF Nos. 93), it is hereby **ORDERED** that Defendant's Motion (ECF No. 63) is **GRANTED as to Counts V and IX of the Amended Complaint**.

The Clerk of the Court is directed to enter judgment in the Defendant's favor on Counts V and IX only of the Amended Complaint.

**BY THE COURT:**

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**