IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUZANNE SOMERS, et al.<br><br>               Plaintiffs,<br><br>   v.<br><br>QVC, INC.<br><br>               Defendant. | CIVIL ACTION NO. 2:19-cv-04773-CFK<br><br>JURY TRIAL REQUESTED |

## STIPULATION OF DISMISSAL

The parties to this action, through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice. Each party shall be responsible for its own fees and costs.

| | |
|---|---|
| **MacELREE HARVEY, LTD.** | **SCHNADER, HARRISON, SEGAL & LEWIS LLP** |
| By: /s/ Robert A. Burke<br>   Robert A. Burke, Esquire<br>   Attorney I.D. No. 61268<br>   Patrick J. Gallo, Jr., Esquire<br>   Attorney I.D. No. 316092<br>   Brian J. Forgue, Esquire<br>   Attorney I.D. No. 322783<br>   Jeffrey P. Burke, Esquire<br>   Attorney I.D. No. 209684<br>   17 W. Miner Street<br>   West Chester, PA 19382<br>   (610) 436-1000<br><br>*Attorneys for Plaintiffs, Suzanne Somers and SLC Sweet* | By: /s/ Edward Sholinksky<br>   Edward Sholinsky, Esquire<br>   Attorney I.D. No. 206561<br>   Samantha Banks, Esquire<br>   Attorney I.D. No. 319401<br>   1600 Market Street, Suite 3600<br>   Philadelphia, PA 19103-7286<br>   (215) 751-2000<br><br>   Richard B. Harper, Esq.<br>   Alyssa Pronley, Esq.<br>   BAKER BOTTS LLP<br>   30 Rockefeller Plaza<br>   New York, NY 10112-4498<br>   (212) 408-2500<br><br>   Eric Koons, Esq.<br>   Elisa Beneze, Esq. |

4247131v1
191601.65822

BAKER BOTTS LLP
700 K Street, N.W.
Washington, D.C. 20001-5692
(202) 639-7700

*Attorneys for Defendant, QVC, Inc.*

4247131v1
191601.65822